# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD M. WULF, JR., as an individual and as a representative of the classes,<br><br>  Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P.,<br><br>  Defendants. | Case No.: 2:10-cv-05176-MAM |

## PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AND ADD A SECOND NAMED PLAINTIFF

Pursuant to Federal Rules of Civil Procedure 15(a) and 20(a), Plaintiff Richard M. Wulf, Jr. moves for an order allowing Plaintiff to file the First Amended Complaint attached hereto as Exhibit 1, and join Karyl Resnick as a second named plaintiff. This motion is based on Plaintiff's accompanying memorandum of law, the allegations in the proposed First Amended Complaint, the accompanying declaration of counsel, the arguments of counsel, Plaintiff's forthcoming reply brief, and all files, records, and proceedings in this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  April 29, 2011 | NICHOLS KASTER, PLLP |
|  | /s/        Kai Richter                              |

Paul J. Lukas, MN Bar No. 22084X*
Kai Richter, MN Bar No. 0296545*
Rebekah L. Bailey, MN Bar No. 0389599*
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
*Admitted Pro Hac Vice*

CONSOLE LAW OFFICES LLC
Laura C. Mattiacci, PA Bar No. 89643
1525 Locust Street, 9th Floor
Philadelphia, PA  19102
Telephone: (215) 545-7676
Fax (215) 545-8211

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASSES