IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD M. WULF, JR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, N.A. | : | NO. 10-5176 |

## ORDER

AND NOW, this 20th day of September, 2011, following a telephone conference with both parties in the above captioned matter, IT IS HEREBY ORDERED that:

1. The defendant shall file any motion to transfer any part of this case on or before Friday September 30, 2011. The parties should refer to the Local Rules of the Eastern District of Pennsylvania and this Court's Preliminary General Matters for the relevant briefing deadlines.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.