**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD M. WULF, JR., as an individual and as a representative of the classes, | Case No.:  2:10-cv-05176-MAM |
| Plaintiff, | |
| v. | ***JOINT*** **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P., | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Richard M. Wulf, Jr ("Wulf") and Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP ("Bank of America")(collectively, "the Parties"), through their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice and in its entirety as to all claims against Bank of America, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  It is further agreed and stipulated that each party shall bear its own costs and attorneys' fees, and that the Parties waive all rights of appeal.

The Parties acknowledge that nothing herein shall be construed to prejudice the putative class action brought by Plaintiff Karyl Resnick, whose case has been severed and transferred to the United States District Court for the District of Massachusetts.  *See* ECF No. 66 (January 6, 2012).

Submitted this 25th day of January, 2012.

By: /s/ Kai Richter

NICHOLS KASTER, PLLP
Paul J. Lukas, MN Bar No. 22084X
Kai Richter, MN Bar No. 0296545
Rebekah L. Bailey, MNBar No. 0389599
4600 IDS Center
80 South Eighth Street
Minneapolis, MN55402
Telephone: (612) 256-3200
Fax: (612) 215-6870

CONSOLE LAW OFFICES LLC
Laura C. Mattiacci, PA Bar No. 89643
1525 Locust Street, 9th Floor
Philadelphia, PA19102
Telephone: (215) 545-7676
Fax: (215) 545-8211

*Attorneys for Plaintiff*

By: /s/ Matthew G. Lindenbaum

GOODWIN PROCTER, LLP
Matthew G. Lindenbaum, MA Bar No. 670007
John C. Englander, MA Bar No. 542532
Exchange Place
53 State St.
Boston, MA02109

BALLARD SPAHR, LLP
Martin C. Bryce, Jr., PA Bar No. 59409
1735 Market Street, 51st Floor
Philadelphia, PA19103
Telephone: (215) 864-8238
Fax: (215) 864-8999

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 25, 2012**, I caused the Joint Stipulation for Dismissal with Prejudice to be filed via CM/ECF and that notification will be sent out to all counsel of record.


/s/Kai Richter
Kai Richter